ANDRÉ BIROTTE JR.
United States Attorney

SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

VALERIE MAKAREWICZ (SBN 229637)
Assistant United States Attorney
Federal Building, Room 7211
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-4600
Facsimile: (213) 894-0115
Email: Valerie.Makarewicz@usdoj.gov

LAUREN M. CASTALDI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 514-9668
Facsimile: (202) 307-0054
Email:   Lauren.M.Castaldi@usdoj.gov

Attorneys for Plaintiff, United States of America

JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>              )<br>         Plaintiff,   )<br>              )<br>         v.     )<br>              )<br>JOHN TRUNZO,         )<br>              )<br>         Defendant.   )<br>_____) | Civil No. 13-01108-MWF-SS<br><br>**Stipulated Order of Permanent Injunction** |

The United States of America ("United States"), has filed a Complaint for a Permanent Injunction and Other Relief against defendant John Trunzo, individually and doing business as  "Your Taxman John Trunzo", also know as "Your Taxman" and "YTJT" (collectively, "Trunzo").

Stipulated Order – United States v. Trunzo         1

Trunzo has consented to entry of this Stipulated Order of Permanent Injunction, and waives the entry of findings of fact and conclusions of law.  Trunzo further understands that this permanent injunction constitutes the final judgment in this matter, and he waives any rights he may have to appeal from this judgment.

NOW, THEREFORE, and for good cause shown, it is accordingly ORDERED, ADJUDGED, and DECREED that:

Pursuant to 26 U.S.C. ("I.R.C.") §§ 7402 and 7407 John Trunzo, individually and doing business as "Your Taxman John Trunzo", also know as "Your Taxman" and "YTJT," and his representatives, agents, servants, and employees, are permanently enjoined from directly or indirectly:

(1) Acting as a federal tax return preparer, or requesting, assisting in, or directing the preparation or filing of federal tax returns for any person other than himself or his legal spouse, or appearing as a representative on behalf of any person or entity whose tax liability is under examination or investigation by the Internal Revenue Service;

(2) Instructing, advising, or assisting, either directly or indirectly, others to violate the tax laws, including to evade the payment of taxes;

(3) Engaging in activity subject to penalty under I.R.C. § 6694, *i.e.*, preparing federal income tax returns that improperly understate customers' tax liabilities;

(4) Engaging in activity subject to penalty under I.R.C. § 6695, *i.e.*, failing to file correct information returns;

(5) Engaging in activity subject to penalty under I.R.C. § 6701, *i.e.*, aiding, assisting in, procuring, or advising with respect to the preparation of any portion of a return, affidavit, claim or other document, when Trunzo knows or has reason to believe that portion will be used in connection with a material matter arising under the federal tax law, and Trunzo knows that the

        relevant portion will result in the material understatement of the liability for the tax of another person;

(6)    Representing, either directly or indirectly, any person other than himself or his legal spouse before the Internal Revenue Service;

(7)    Assisting, either directly or indirectly, in the representation of any person other than himself or his legal spouse before the Internal Revenue Service; and

(8)    Engaging in any other conduct that substantially interferes with the proper administration and enforcement of the internal revenue laws.

IT IS FURTHER ORDERED that Trunzo will create a website and post the order of injunction on the site for a period of no less than one year. He will make his best efforts to leave a message on his business voice mail directing callers to the website so that they are notified that Trunzo subject to an injunction. Trunzo is to file with the Court, within 30 days of the date the permanent injunction is entered, a certification signed under penalty of perjury stating that he has done so. He will also direct any former clients that contact him to the website;

IT IS FURTHER ORDERED that Trunzo is prohibited from owning, controlling, or managing any business involving tax return preparation and/or the provision of tax advice, or maintaining a professional presence in any premises, whether an office, place of business, dwelling, or other abode, where tax returns are being prepared for a fee or professional tax services are being provided;

IT IS FURTHER ORDERED that the United States is permitted to engage in limited post-judgment discovery to ensure compliance with this permanent injunction;

IT IS FURTHER ORDERED that this Court shall retain jurisdiction over this action for purposes of implementing and enforcing this permanent injunction; and

Stipulated Order – United States v. Trunzo       3

1  IT IS FURTHER ORDERED that, pursuant to Fed. R. Civ. P. 65(d)(2), counsel for
2  the United States is authorized to arrange for personal service of this order on the
3  defendant.
4
5  SO ORDERED this 26th day of April, 2013
6
7
8  _____
   Michael W. Fitzgerald
9
   United States District Court Judge
10

28  Stipulated Order – United States v. Trunzo          4